

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAKEWAY PSYCHIATRY & BEHAVIORAL HEALTH, PLLC, | § | No. 08-20-00144-CV |
| | § | Appeal from the |
| Appellant, | § | |
| | | 200th Judicial District Court |
| v. | § | |
| | | of Travis County, Texas |
| MICHELLE BRITE, | § | |
| | | (TC# D-1-GN-19-008088) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellee recover from Appellant and its sureties, if any, for performance of the judgment and all costs in this Court, and for conditional appellate attorney's fees as specified in the judgment of the court below, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF NOVEMBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.